**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**COURTNEY GUTIERREZ**                                                                   **PLAINTIFF**


**v.**                                    **No. 4:20-cv-4108-SOH**


**THE 1873 CLUB OF TEXARKANA,**                                          **DEFENDANTS**
**CROSSTIES OF TEXARKANA, INC.,**
**CROSSTIES TEXARKANA HOLDINGS, INC.,**
**ALLISON MUNN, JOE GAY and**
**RONALD LESLIE MUNN**


## ENTRY OF APPEARANCE

Gregory J. Northen of Cross, Gunter, Witherspoon & Galchus, P.C., 500 President Clinton

Avenue, Suite 200, Little Rock, Arkansas 72201, enters his appearance on behalf of Separate

Defendants, The 1873 Club of Texarkana, Crossties of Texarkana, Inc., Crossties Texarkana

Holdings, Inc., Allison Munn, Joe Gay and Ronald Leslie Munn, for all further proceedings in this

cause.

Respectfully Submitted,

Gregory J. Northen, Ark. Bar No. 2011181
CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
500 Pres. Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone: (501) 371-9999
Fax:    (501) 371-0035
Email: gnorthen@cgwg.com

**ATTORNEY FOR DEFENDANTS**

254118                                          1