IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COURTNEY GUTIERREZ                                                                                          PLAINTIFF

v.                                            Case No. 4:20-cv-4108

THE 1873 CLUB OF TEXARKANA;
CROSSTIES OF TEXARKANA, INC.;
CROSSTIES TEXARKANA HOLDINGS,
INC.; ALLISON MUNN; JOE GAY; and
RONALD LESLIE MUNN                                                                                       DEFENDANTS

## ORDER

Before the Court is the parties' Joint Notice of Liability Settlement. (ECF No. 21). No response is necessary.

Plaintiff brings this action against Defendants for purported violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act. The parties inform the Court that they have settled all claims in this case as to liability. Within twenty-one days, they intend to finalize their agreement and file a motion for settlement approval and partial dismissal. This case is set for trial on May 16, 2022, and pretrial deadlines are approaching. Thus, the parties ask the Court to stay any remaining deadlines while they finalize the settlement.

The Court finds good cause for the request (ECF No. 21), which is hereby **GRANTED**. All remaining pretrial deadlines are lifted. However, this case's trial date remains in place. If the parties find themselves unable to submit their settlement motion in time for a ruling before the trial date, they should move for an appropriate continuance.

**IT IS SO ORDERED**, this 21th day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge