IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COURTNEY GUTIERREZ                                                                                              PLAINTIFF

v.                                          Case No. 4:20-cv-4108

THE 1873 CLUB OF TEXARKANA;
CROSSTIES OF TEXARKANA, INC.;
CROSSTIES TEXARKANA HOLDINGS,
INC.; ALLISON MUNN; JOE GAY; and
RONALD LESLIE MUNN                                                                                          DEFENDANTS

## ORDER

This is a wage and hour case for purported violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act. The parties have informed the Court that they have settled all claims in this case as to liability. Plaintiff's most recent status report indicates that the parties intend to file either an appropriate dismissal motion or another status update by May 16, 2022. (ECF No. 24).

The Court wishes to note that this case is still set for trial on May 16, 2022. This case will not be removed from the trial docket until the Court enters an order of disposition. If the parties do not anticipate being able to file a dismissal motion in time for the Court to issue a ruling before the trial date, they should move for an appropriate continuance. Otherwise, the case "will be called for trial and tried or otherwise disposed" on May 16, 2022. (ECF No. 10, p. 5).

**IT IS SO ORDERED**, this 3rd day of May, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge