IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**COURTNEY GUTIERREZ**  **PLAINTIFF**

v.   No. 4:20-cv-4108-SOH

**THE 1873 CLUB OF TEXARKANA,**  **DEFENDANTS**
**CROSSTIES OF TEXARKANA, INC.,**
**CROSSTIES TEXARKANA HOLDINGS, INC.,**
**ALLISON MUNN, JOE GAY and**
**RONALD LESLIE MUNN**

   **GARNISHEE**
**GUARANTY BANK & TRUST**

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Western District of Arkansas, Texarkana Division, for issuance of a Writ of Garnishment to satisfy a Judgment against Defendants The 1873 Club of Texarkana, Crossties Texarkana, Inc., Crossties Texarkana Holdings, Inc., Allison Munn, Joe Gay, and Ronald Leslie Munn. In support of this application, the following information is provided:

1.  On May 16, 2022, Plaintiff and Defendants filed a Motion for Approval, seeking this Court's approval of their executed Settlement Agreement and Release of Claims. ECF No. 28. The following day, the Court entered an Order approving the parties' settlement, including payment of $6,400.00 to Plaintiff. ECF No. 29.

Page 1 of 2
**Courtney Gutierrez. v. The 1873 Club of Texarkana, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 4:20-cv-4108-SOH**
**Application for Writ of Garnishment**

2. On July 22, 2022, this Court entered a separate Judgment against Defendants, awarding Plaintiff $6,375.00 in reasonable attorneys' fees and $1,062.00 in reasonable costs, for a total of $7,437.00. ECF No. 18.

3. Defendants have tendered to Plaintiff the amount approved by the Court in its May 17 Order.

4. On or about February 13, 2023, Defendants tendered to Plaintiff's counsel $1,250.00 in partial satisfaction of the attorneys' fees Judgment.

5. As of October 5, the attorneys' fees Judgment remains outstanding in the amount of $6,187.00.

6. Plaintiff alleges that there is reason to believe that Guaranty Bank and Trust ("Garnishee") is indebted to Defendants or possesses goods, chattels, moneys, credits, or effects belonging to them.

7. Therefore, Plaintiff respectfully requests the issuance of the Writ of Garnishment attached to this Application.

Respectfully submitted,

**COURTNEY GUTIERREZ,
PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Courtney Gutierrez. v. The 1873 Club of Texarkana, et al.
U.S.D.C. (W.D. Ark.) Case No. 4:20-cv-4108-SOH
Application for Writ of Garnishment