IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**COURTNEY GUTIERREZ**                                                                 **PLAINTIFF**

v.                                       No. 4:20-cv-4108-SOH

**THE 1873 CLUB OF TEXARKANA,**                                          **DEFENDANTS**
**CROSSTIES OF TEXARKANA, INC.,**
**CROSSTIES TEXARKANA HOLDINGS, INC.,**
**ALLISON MUNN, JOE GAY and**
**RONALD LESLIE MUNN**

                                                                                                **GARNISHEE**
**GUARANTY BANK & TRUST**

## ALLEGATIONS AND INTERROGATORIES

Plaintiff Courtney Gutierrez, by and through her attorneys of Sanford Law Firm, PLLC, hereby states these Allegations and Interrogatories to Garnishee prerequisite to garnishment herein:

## ALLEGATIONS

1.　On July 22, 2022, Plaintiff Courtney Gutierrez was awarded a Judgment against Defendants The 1873 Club of Texarkana, Crossties of Texarkana, Inc., Crossties Texarkana Holdings, Inc., Allison Munn, Joe Gay, and Ronald Leslie Munn, in the amount of $6,375.00 in attorneys' fees and $1,062.00 in costs, for a total of $7,437.00. ECF No. 18.

2.　On or about February 13, 2023, Defendants tendered to Plaintiff's counsel $1,250.00 in partial satisfaction of the Judgment.

3. The Judgment is now outstanding and in full force and effect. The amount of $6,187.00 remains unpaid as of October 5, 2023.

4. Plaintiff believes that Garnishee is indebted to Defendants or has in its possession goods, moneys, credits, promissory notes, accounts, or effects belonging to Defendants. Therefore, Plaintiff propounds the following interrogatories to Garnishee:

## INTERROGATORIES

1. Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to The 1873 Club of Texarkana, Crossties of Texarkana, Inc., Crossties Texarkana Holdings, Inc., Allison Munn, Joe Gay, or Ronald Leslie Munn?

2. If so, what is the nature and value thereof?

Respectfully submitted,

**COURTNEY GUTIERREZ, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com