IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**COURTNEY GUTIERREZ**
**PLAINTIFF**

v.                              No. 4:20-cv-4108-SOH

**THE 1873 CLUB OF TEXARKANA,**                              **DEFENDANTS**
**CROSSTIES OF TEXARKANA, INC.,**
**CROSSTIES TEXARKANA HOLDINGS, INC.,**
**ALLISON MUNN, JOE GAY and**
**RONALD LESLIE MUNN**

**GUARANTY BANK & TRUST**                              **GARNISHEE**

### GARNISHEE GUARANTY BANK & TRUST'S ANSWER TO WRIT OF GARNISHMENT

Comes now Garnishee Guaranty Bank & Trust, N.A. ("GBT") and files this its Answer to the Writ of Continuing Garnishment issued to United States of America and respectfully shows the Court the following:

I.

On the day that GBT was served with the Writ of Continuing Garnishment, GBT was indebted to The 1873 Club Of Texarkana, Crossties Of Texarkana, Inc., Crossties Texarkana Holdings, Inc., Allison Munn, Joe Gay and Ronald Leslie Munn ("Defendants") in the amount of $1,882.75, less GBT's attorneys' fees of $600 related to this case. The amount of $1,882.75 less attorneys' fees, is the total amount owed to Judgment Debtor and held by Garnishee.

II.

Within the knowledge of Garnishee GBT, GBT was not in possession of any other property or assets belonging to Debtor.

WHEREFORE, PREMISES CONSIDERED, GBT requests:

1. That all claims to the funds held by GBT be determined and adjudicated and that GBT be discharged from all liability to Debtor for the funds held by GBT as set Forth in this Answer;

2. That GBT recover its reasonable attorneys' fees and costs;

3. That all other relief against GBT by any party be denied as GBT denies all other allegations not expressly set forth as admitted above; and

4. That GBT have such other and further relief both at law and in equity to which it may show itself justly entitled.

Respectfully Submitted,

**GARNISHEE**
**GUARANTY BANK & TRUST, N.A.**

By: /s/ Lisa S. Gallerano
Lisa S. Gallerano
Texas Bar No. 07589500
General Counsel
Guaranty Bank & Trust, N.A.
201 South Jefferson Avenue
Mount Pleasant, TX  75455
Email: lgallerano@gnty.com
Phone: (214) 710-2386
Fax: (903) 434-4379

## CERTIFICATE OF SERVICE

The above and foregoing pleading has been forwarded to counsel of record pursuant to the Rules of Civil Procedure on this 29th day of November, 2023:

*Lisa S. Gallerano*
Lisa S. Gallerano

## VERIFICATION

STATE OF TEXAS

COUNTY OF TITUS

    Before me, the undersigned notary, on this day personally appeared, Renee Sparks, Executive Administrative Officer, Senior Paralegal of Guaranty Bank & Trust, N.A., who upon her oath deposed and stated that she has read the above and foregoing Answer to Writ of Garnishment and that every statement of fact contained therein is true and correct to the best of her current knowledge and belief.

*Renee Sparks*
Renee Sparks

    SUBSCRIBED AND SWORN to Before Me on this 29th day of November, 2023 to certify which witness my hand and seal of office.

SONDRA CUNNINGHAM
Notary Public
State of Texas
ID # 776771-2
My Comm. Expires 12-12-2025

*Sondra Sham*
Notary Public in and for the State of Texas