IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**COURTNEY GUTIERREZ**                                                **PLAINTIFF**

v.                              No. 4:20-cv-4108-SOH

**THE 1873 CLUB OF TEXARKANA,**                              **DEFENDANTS**
**CROSSTIES OF TEXARKANA, INC.,**
**CROSSTIES TEXARKANA HOLDINGS, INC.,**
**ALLISON MUNN, JOE GAY and**
**RONALD LESLIE MUNN**

                                                                        **GARNISHEE**

**GUARANTY BANK & TRUST**

<u>**MOTION FOR ENTRY OF ORDER TO DISBURSE FUNDS**</u>

Plaintiff Courtney Gutierrez, by and through her undersigned attorneys, for her Motion for Entry of Order to Disburse Funds does hereby state and allege as follows:

1.      On May 16, 2022, Plaintiff and Defendants The 1873 Club of Texarkana, Crossties Texarkana, Inc., Crossties Texarkana Holdings, Inc., Allison Munn, Joe Gay, and Ronald Leslie Munn (together "Defendants") filed a Motion for Approval, seeking this Court's approval of their executed Settlement Agreement and Release of Claims. ECF No. 28. The following day, the Court entered an Order approving the parties' settlement, including payment of $6,400.00 to Plaintiff. ECF No. 29.

2.      On July 22, 2022, this Court entered a separate Judgment against Defendants, awarding Plaintiff $6,375.00 in reasonable attorneys' fees and $1,062.00 in reasonable costs, for a total of $7,437.00. ECF No. 36.

Page 1 of 3
Courtney Gutierrez. v. The 1873 Club of Texarkana, et al.
U.S.D.C. (W.D. Ark.) Case No. 4:20-cv-4108-SOH
Motion for Entry of Order to Disburse Funds

3.      Defendants have tendered to Plaintiff the amount approved by the Court in its May 17 Order.

4.      As of December 4, 2023, the balance of the separate Judgment awarding attorneys' fees remains outstanding in the amount of $6,187.00. The Clerk of Court has issued a Writ of Garnishment which was served upon Guaranty Bank & Trust ("GBT"). *See* ECF No. 51.

5.      On November 30, 2023, GBT answered the Writ and admitted that Defendants have funds in an account with GBT in the amount of "$1,882.75, less GBT's attorneys' fees of $600 related to this case." ECF No. 52.

6.      Defendants have not answered or objected to date.

7.      Plaintiff respectfully requests this Court to enter an Order directing GBT to disburse funds to Plaintiff's counsel Sanford Law Firm, PLLC, in the sum of $1,282.75 and that the same amount be credited against the judgment debt.

8.      Plaintiff acknowledges that GBT is withholding $600.00 from the account or accounts in dispute as attorneys' fees, and Plaintiff reserves the right to challenge the fee as unlawful, but in an appropriate forum.

WHEREFORE, Plaintiff Courtney Gutierrez respectfully prays that her Motion for Entry of Order to Disburse Funds be granted in its entirety and for all other relief to which the Court may find her entitled.

Page 2 of 3
Courtney Gutierrez. v. The 1873 Club of Texarkana, et al.
U.S.D.C. (W.D. Ark.) Case No. 4:20-cv-4108-SOH
Motion for Entry of Order to Disburse Funds

Respectfully submitted,

**COURTNEY GUTIERREZ,**
**PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 3 of 3
Courtney Gutierrez. v. The 1873 Club of Texarkana, et al.
U.S.D.C. (W.D. Ark.) Case No. 4:20-cv-4108-SOH
Motion for Entry of Order to Disburse Funds