IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COURTNEY GUTIERREZ                                                                                         PLAINTIFF

v.                                         Case No. 4:20-cv-4108

THE 1873 CLUB OF TEXARKANA,
CROSSTIES OF TEXARKANA, INC.,
ALLISON MUNN, JOE GAY and
RONALD LESLIE MUNN                                                                                        DEFENDANTS

GUARANTY BANK & TRUST                                                                                      GARNISHEE

## ORDER

Before the Court is Plaintiff's Motion for Disbursement of Funds. (ECF No. 53). Defendants have not responded. The Court finds the matter ripe for consideration.

On May 16, 2022, Plaintiff Courtney Gutierrez ("Plaintiff") and Defendants The 1873 Club of Texarkana, Crossties of Texarkana, Inc., Allison Munn, Joe Gay, and Ronald Leslie Munn (together "Defendants") filed a Motion for Approval, seeking the Court's approval of the parties executed Settlement Agreement and Release of Claims. (ECF No. 28). The Court approved this settlement, which included a payment by Defendants of $6,400.00 to Plaintiff. (ECF No. 29). This $6,400.00 from the May 16, 2022, settlement was paid to Plaintiff. (ECF No. 53, at 2).

On July 22, 2022, the Court entered a separate Judgment against Defendants, awarding Plaintiff $6,375.00 in reasonable attorneys' fees and $1,062.00 in reasonable costs, which totaled $7,437.00. (ECF No. 36). As of December 4, 2023, the balance of the July 22, 2022 Judgment was outstanding in the amount of $6,187.00. On November 2, 2023, the Clerk of Court issued a Writ of Garnishment which was served on Guaranty Bank & Trust, N.A. ("GBT"). (ECF No. 51).

GBT answered and admitted that Defendants have funds in an account with GBT in the amount of $1,882.75, minus $600.00 for GBT's attorneys' fees related to the case. (ECF No. 52). On December 4, 2023, Plaintiff filed a Motion for Disbursement of Funds. (ECF No. 53). Plaintiff asked for GBT to disburse funds to Plaintiff's counsel in the sum of $1,282.75 and for that same amount to be credited against Defendants' remaining judgment debt. (ECF No. 53, at 2). Defendants have not responded to this motion, and the time for response has passed.

Defendants have an account at GBT with $1,882.75, minus $600 related to GBT's attorneys' fees. Plaintiff is owed an outstanding Judgment of $6,187.00 for reasonable attorneys' fees and costs by Defendants. The Court, therefore, directs Garnishee Guaranty Bank & Trust, N.A. to disburse funds to Plaintiff's counsel's firm, Sanford Law Firm, PLLC, in the sum of $1,282.75. This same amount shall be credited against Defendants' remaining judgment debt. Accordingly, Plaintiff's Motion for Disbursement of Funds is hereby **GRANTED**.

**IT IS SO ORDERED**, this 16th day of August, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge